*MADE JS-6*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT BOHLKE AND TERRY BOHLKE,** ) | Case No. CV 11-6717-GW(RZx) |
| ) | |
| Plaintiff, ) | **ORDER TO DISMISS** |
| ) | |
| vs. ) | |
| ) | |
| **MONARCH RECOVERY** ) | |
| **MANAGEMENT, INC.,** ) | |
| Defendant. ) | |
| _____ ) | _____ |

        IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties
to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure
41(a)(1)(A)(ii), the entire case is dismissed with prejudice.  Each party shall bear
their own costs and expenses.


                        Dated this 8th day of May, 2012.



                        _____
                        GEORGE H. WU, U.S. District Judge

Order to Dismiss - 1